DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**ANTONIO L. GREEN,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D21-190

[August 18, 2021]

Appeal of order denying rule 3.800 motion from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Caroline C. Shepherd, Judge; L.T. Case No. 50-2000-CF-009683-AXXX-MB.

Louis G. Carres, West Palm Beach, for appellant.

Ashley Moody, Attorney General, Tallahassee, and Richard Valuntas, Assistant Attorney General, West Palm Beach, for appellee.

PER CURIAM.

*Affirmed.  See Brooks v. State*, 969 So. 2d 238 (Fla. 2007).

CONNER, C.J., WARNER and LEVINE, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***